**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1629**

In re:  PHILIP JAY FETNER,

                Debtor,

-------------------------------------

PHILIP JAY FETNER,

                Debtor - Appellant,

       v.

KEVIN R. MCCARTHY,

                Trustee - Appellee,

       and

WILMINGTON SAVINGS FUND SOCIETY, c/o Shellpoint Mtg Servicing,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:20-cv-01408-AJT-MSN)

Submitted:  November 18, 2021             Decided:  November 19, 2021

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

––––––––––––––––––

Philip Jay Fetner, Appellant Pro Se. Donald S. Maurice, Jr., MAURICE WUTSCHER, LLP, Flemington, New Jersey; Andrew Justin Narod, BRADLEY ARANT BOULT CUMMINGS LLP, Washington, D.C., for Appellees.

––––––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Philip Jay Fetner appeals the district court's order affirming the bankruptcy court's order granting the trustee's motion for approval of settlements and bar order  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Fetner v. McCarthy*, No. 1:20-cv-01408-AJT-MSN (E.D. Va. Apr. 22, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*